IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVOD NEMATPOUR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-15-851-W |
| ) | |
| GEICO GENERAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## VERDICT NO. 1

### ANSWER PART A:

( X ) **PART A.** We, the jury, find in favor of the plaintiff, Davod Nematpour, and against the defendant, GEICO General Insurance Company, on the plaintiff's claim that the defendant breached its duty to deal fairly and to act in good faith and award the plaintiff actual damages in the amount of $ 25,000.⁰⁰ .

**ANSWER PART B(1) and PART B(2) only** if you have awarded actual damages to plaintiff Davod Nematpour in Part A:

**PART B(1).** We, the jury, find _____ do not find  X  (check one) by clear and convincing evidence that defendant GEICO General Insurance

Company recklessly disregarded its duty to deal fairly and to act in good faith with its insured.

**PART B(2).** We, the jury, find \_\_\_\_\_ do not find __X__ (check one) by clear and convincing evidence that defendant GEICO General Insurance Company intentionally and with malice breached its duty to deal fairly and to act in good faith with its insured.

\_\_8/10/16_____     \_\_Paula Morris_____
Date                                                      Foreperson