IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DAVOD NEMATPOUR, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. CIV-15-851-W |
| GEICO GENERAL INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

## JUDGMENT

The Court having entered summary judgment in favor of defendant GEICO General Insurance Company and against plaintiff Davod Nematpour on the plaintiff's claim for breach of contract and a jury having rendered its verdict in favor of the plaintiff and against the defendant on the plaintiff's claim for breach of the duty to deal fairly and to act in good faith, the Court now ORDERS that judgment should be and is hereby entered in favor of defendant GEICO General Insurance Company and against plaintiff Davod Nematpour on his claim for breach of contract. The Court further ORDERS that judgment should be and is hereby entered in favor of plaintiff Davod Nematpour and against defendant GEICO General Insurance Company on the plaintiff's claim for breach of the duty to deal fairly and to act in good faith and AWARDS actual damages to the plaintiff on that claim in the amount of $25,000.00, with interest thereon at the rate provided by law. The Court further ORDERS that plaintiff Davod Nematpour, as the prevailing party in this action, shall recover from defendant GEICO General Insurance Company his costs in this action.

DATED and ENTERED at Oklahoma City, Oklahoma, this __11th__ day of August,

2016.

                                                                                                                   _____
                                                                                                                   LEE R. WEST
                                                                                                                    UNITED STATES DISTRICT JUDGE